UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:20-cv-00274

**Rhonda Kay Sallie,**
*Plaintiff,*

v.

**Steve Hugo et al.,**
*Defendants.*

# ORDER

Plaintiff Rhonda Sallie, a resident of Palestine, Texas proceeding pro se, filed this lawsuit against assistant district attorney Steve Hugo and two private citizens, identified as Jerry Durham and Brenda Sapp. This case was referred to United States Magistrate Judge K. Nicole Mitchell. The magistrate judge issued a report recommending that this lawsuit be dismissed with prejudice for purposes of proceeding *in forma pauperis*. Doc. 9. No objections were filed to the magistrate judge's report.

When there have been no timely objections to a magistrate judge's report and recommendation, the court reviews it only for clear error. *See Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996). Having reviewed the magistrate judge's report, and being satisfied that it contains no clear error, the court accepts its findings and recommendation. Plaintiff's claims are dismissed with prejudice for purposes of proceeding *in forma pauperis*.

*So ordered by the court on September 3, 2021.*

J. CAMPBELL BARKER
United States District Judge